**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **TINA WELTON,** ) | **CASE NO. 5:11CV104** |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **MAGISTRATE JUDGE GREG WHITE** |
| ) | |
| **COMMISSIONER OF SOCIAL** ) | |
| **SECURITY ADMINISTRATION,** ) | |
| ) | |
| Defendant. ) | **JUDGMENT ENTRY** |

Consistent with a Memorandum Opinion and Order of this Court also filed this date, the Commissioner's final decision is affirmed and judgment is entered in favor of the defendant.

IT IS SO ORDERED.

                                                s/ Greg White
                                                United States Magistrate Judge

Date: January 9, 2012